

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00943-CR

VAUGHN MONROE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 232nd District Court of Harris County. (Tr. Ct. No. 1445412).

**TO THE 232ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> The cause heard today by the court is an appeal from the judgment signed by the court below on October 21, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered February 24, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 MAY 08 2015

CASE NO. 01-14-00943-CR
VAUGHN MONROE

RTS

NIXIE        750   5C 1        0005/23/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002296699        *3033-05597-08-42

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 28 2015

CHRISTOPHER A. PRINE